NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**AMARIN PHARMA, INC., AMARIN PHARMACEUTICALS IRELAND LIMITED,**
*Plaintiffs-Appellants*

**v.**

**HIKMA PHARMACEUTICALS USA INC., HIKMA PHARMACEUTICALS INTERNATIONAL LIMITED, DR. REDDY'S LABORATORIES, INC., DR. REDDY'S LABORATORIES, LTD.,**
*Defendants-Appellees*

---

2020-1723, 2020-1901

---

Appeals from the United States District Court for the District of Nevada in No. 2:16-cv-02525-MMD-NJK, Judge Miranda M. Du.

---

**JUDGMENT**

---

JONATHAN ELLIOT SINGER, Fish & Richardson, PC, San Diego, CA, argued for plaintiffs-appellants. Also represented by OLIVER RICHARDS; DEANNA JEAN REICHEL, Minneapolis, MN; NITIKA GUPTA FIORELLA, Wilmington, DE; JEFFREY B. ELIKAN, CHRISTOPHER NEIL SIPES, ERIC RITLAND SONNENSCHEIN, Covington & Burling LLP,

Washington, DC.

CHARLES B. KLEIN, Winston & Strawn LLP, Washington, DC, argued for all defendants-appellees. Defendants-appellees Hikma Pharmaceuticals USA Inc., Hikma Pharmaceuticals International Limited also represented by CLAIRE A. FUNDAKOWSKI; ALISON MICHELLE HEYDORN, Chicago, IL; EIMERIC REIG-PLESSIS, San Francisco, CA.

CONSTANCE HUTTNER, Windels Marx Lane & Mittendorf LLP, Madison, NJ, for defendants-appellees Dr. Reddy's Laboratories, Inc., Dr. Reddy's Laboratories, Ltd. Also represented by BETH C. FINKELSTEIN, CAROLINE SUN, JAMES BARABAS.

ASHLEY CHARLES PARRISH, King & Spalding LLP, Washington, DC, for amicus curiae Aimed Alliance. Also represented by PAUL ALESSIO MEZZINA, JESSE SNYDER.

RACHEL J. ELSBY, Akin Gump Strauss Hauer & Feld LLP, Washington, DC, for amicus curiae Biotechnology Innovation Organization. Also represented by JASON WEIL, Philadelphia, PA; MELISSA A. BRAND, HANSJORG SAUER, Biotechnology Innovation Organization, Washington, DC.

———————————

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (DYK, REYNA, and HUGHES, *Circuit Judges*).

**AFFIRMED. See Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

September 3, 2020          /s/ Peter R. Marksteiner
        Date                      Peter R. Marksteiner
                                  Clerk of Court